

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2021

No. 04-21-00059-CV

**D'SPAIN CONSTRUCTION L.L.C.**,
Appellant

v.

George Samuel **LUDOLF**,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-274
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On April 26, 2021, appellant filed an agreed motion to abate this appeal to allow time for the finalization of settlement documents. The motion stated the parties reached a settlement that required surveys and other conditions to be completed by October 1, 2021, and requested abatement of the appeal until that date. On April 28, 2021, we granted the motion to abate and denied in part, abating the case until May 28, 2021 and ordering the appellant to file (1) a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.1; (2) a detailed status update; or (3) its brief. On May 24, 2021, the appellant filed a detailed status update, stating that the parties' surveyor intends to be done by May 28, 2021, and that the appellant will provide this court with an update on or before June 28, 2021.

This appeal is **ABATED** until **July 30, 2021.** Appellant is **ORDERED** to complete all requirements and file, **no later than July 30, 2021,** (1) a motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.1; or (2) its brief.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2021.



_____
Michael A. Cruz,
Clerk of Court